UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-23752-CIV-MORENO

ROSARIA PINNISI

       Plaintiff,
v.

NIKKI MALLON and
GARY M. FEINBERG

       Defendants,
_____/

## STATEMENT OF CLAIM

Plaintiff ROSARIA PINNISI, by and through the undersigned counsel, hereby submits pursuant to the Honorable Judge Federico A. Moreno's Order, dated September 7, 2016 [D.E. 5], Plaintiff's Statement of Claim.  As grounds, the Plaintiff states:

1. Plaintiff endeavored at this stage of litigation to formulate its Statement of Claim on the basis of the best data available.  Defendants and/or persons who are non-parties or who are no longer employees of Defendants may have relevant information or documents, but Plaintiff is not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons.  Discovery is ongoing.

2. On August 31, 2016, Plaintiff ROSARIA PINNISI, through the undersigned counsel filed her Fair Labor Standards Act cause of action against her former employers NIKKI MALLON and GARY M. FEINBERG.

3. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is

ongoing. As such, subject to such additional or different information that discovery or further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff is as follows:

**A. FLSA OVERTIME WAGES: $21,000.00**

∗ Please note that these amounts are based on a preliminary calculation and that these figures could be subject to modification as proper discovery could dictate.

 a. Total amount of alleged unpaid wages:

 Twenty-One Thousand Dollars and 24/00 ($21,000.00)

 b. Calculation of such wages:

 Relevant period of Employment: 140 weeks (from 8/31/13 to 05/8/2016)
 Total of hours worked: 60 hours approximately
 Total of hours paid: 40 hours
 Total of unpaid overtime hours: 10 O/T hours
 Regular rate:  $10.00 x 1.5=$15.00 O/T rate

 $15.00 O/T rate x 10 O/T hours=$150.00 wkly. x 140 weeks=$21,000.00

 c. Nature of wages (e.g. overtime or straight time):

 The amount represents the unpaid overtime.

**B. LOST WAGES:   $10,450.00[1]**

 a. Total amount of alleged unpaid wages:

 Ten Thousand Four Hundred Fifty Dollars and 00/100 ($10,450.00)

 b. Calculation of such wages:

 Lost Weekly:   40 hours x $10.00 reg rate =         $400.00
                10 OT hours x $15.00 OT rate =       $150.00
                                                    $550.00

 Unemployed: From May 8, 2016 – September 15, 2016 (19 weeks)
 *Lost:* $550.00 lost weekly x 19 weeks = $10,450.00 lost

---

[1] As of the time this document was efiled.

    c. Nature of wages (e.g. overtime or straight time):

This amount represents the unpaid lost wages.

**C. ATTORNEY'S FEES AND COSTS:   $3,695.00**

| **Hourly Rate** | | **# Hours** | | **Total Incurred Attorney's Fees** |
|---|---|---|---|---|
| $350.00 | X | 9.0 | = | $3,150.00 |

| | |
|---|---|
| Filing fees | $400.00 |
| Processing services | $120.00 |
| Postage, copies, etc. | $ 25.00 |
| Total | $3,695.00 |

4. Plaintiff ROSARIA PINNISI is owed the amount of Twenty-One Thousand Dollars and 24/00 ($21,000.00) in FLSA overtime wages; plus Ten Thousand Four Hundred Fifty Dollars and 00/100) in lost wages; plus Three Thousand Six Hundred Ninety Five Dollars and 00/100 ($3,695.00) in Attorney's Fees and Costs.

5. Therefore, Plaintiff ROSARIA PINNISI is owed a total amount of $62,900.00 ($31,450.00 unliquidated + $31,450.00 liquidated); plus Three Thousand Six Hundred Ninety Five Dollars and 00/100 ($3,695.00) in Attorney's Fees and Costs.

WHEREFORE, based on the foregoing, the Plaintiff ROSARIA PINNISI files her Statement of Claim.

Dated: September 15, 2016

    Respectfully submitted,

    **ZANDRO E. PALMA, P.A.**
    **Attorney for Plaintiff**
    9100 S. Dadeland Blvd. Ste 1500
    Miami, FL 33156
    Telephone:  (305) 446-1500
    Facsimile:   (305) 446-1502
    zep@thepalmalawgroup.com

                BY: **s/Zandro E. Palma**
                Zandro E. Palma Esq.
                Florida Bar No.: 0024031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                BY: **s/Zandro E. Palma**
                Zandro E. Palma Esq.
                Florida Bar No.: 0024031
                **ZANDRO E. PALMA, P.A.**
                9100 S. Dadeland Blvd. Ste 1500
                Miami, FL 33156
                Telephone: (305) 446-1500
                Facsimile: (305) 446-1502
                zep@thepalmalawgroup.com
                *Attorney for Plaintiff*