## VERIFIED RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of Florida | County of Miami-Dade | United States Court | General Division |

Case Number: **16-CV-23752-FAM**

```
SERVED: 9/9/2016
TO BE SERVED : Nikki Mallon
       PROCESS : United States Summons Complaint, And/Or Other
                 Initial Pleading Papers
PROCESS DUE : 21 Days
```

Plaintiff:

**Rosaria Pinnisi**
   VS:
Defendant:

**Nikki Mallon and Gary M. Feinberg**

For:
Zandro Palma, Esq.
Zandro E. Palma, P.A.
9100 South Dadeland Boulevard # 1500
Miami, FL. 33156

I hereby certify that I received this process on 9/1/2016 at 5:00 PM, and that I served this United States Summons Complaint, And/Or Other Initial Pleading Papers upon Nikki Mallon at 1520 N.W. 9 Street Miami, FL on 9/9/2016 at 9:02 PM.

Party Served :   Rory Feinberg - Son (17 years old)

Method of service :
Substitute service: pursuant to F.S. 48.031(1a) by delivering a copy of this process, with the date and time of service endorsed thereon by me, to the within named persons usual place of abode, and leaving same copy with a person 15 years of age or older, residing therein, and informing said person of the contents therein.

Comments: First attempt @ 1688 Jefferson Avenue Miami Beach, FL   2.75 hours for location and service. - Second attempt @ 721 East Dilido Drive Miami Beach, FL - Third attempt @ 3415 Prairie Avenue Miami Beach, FL - Fourth attempt @ 244 West Rivo Drive Miami Beach, FL I called Brownes Merchants & Trading (1st address) and asked for Nikki Mallon and was told that she was busy. I asked if she would be there for the next hour and was told yes. I arrived about 1 hour later and asked a female if Nikki was there and was told she left 2 hours ago. I asked her name, and she said her name was Disney. I identified myself as a process server and asked if she had ID. She said she would look in the back for Nikki and departed. Another female came to the front and I asked her for Nikki and she said she was gone.
I asked who the female was at the front desk before and was told she didn't know. I asked for Disney and was told she just left for the day, via the back door.
The female who identified herself as Disney looked very similar to the photo on Yelp, belonging to Nikki M. of Brownes Merchants & Trading - Business Owner.
I arrived at the served address and a male opened the door and I was told that Nikki Mallon and Gary M. Feinberg both lived there and he was their 17 year old son. I began serving said process and he said they were not there and he could not take it, while closing the door. I served said process and left same by the front door, while informing of the same in a loud voice.
Tags of vehicles parked in the street: 307 KTQ  -  GFH T95 - W26 9XK
Brownes Merchants & Trading: (305) 538-7544

*David A. Sutton*
David A. Sutton
DADE C.P.S. # 803
Professional Attorney Response, Inc.
11357 S.W. 112 Circle Lane North
Miami, Fl. 33176
(786) 355-5866

<u>**VERIFIED RETURN OF SERVICE**</u>

I further certify that I am certified process server, in good standing, in the circuit in which the process was served. I am a resident of Florida, over 18 years of age, and have no interest in the above action.

Under penalty of perjury, I declare I have read the foregoing verified return of service and the facts stated in it are true and correct to the best of my knowledge. F.S.92.525(2)

*David A. Sutton*
_____
David A. Sutton
DADE C.P.S. # 803
Professional Attorney Response, Inc.
11357 S.W. 112 Circle Lane North
Miami, Fl. 33176
(786) 355-5866